UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **Rudolph Betancourt**, | ) |
| Plaintiff, | ) Case No. 2:16-cv-13384 |
| v. | ) |
| **Carrols, LLC,** a Delaware limited liability company, | ) Judge:  George Caram Steeh |
| | ) Magistrate Judge: Stephanie D. Davis |
| Defendant. | ) |

## ORDER OF DISMISSAL

Plaintiff and defendant, by their counsel as undersigned below, having stipulated to the entry of the order set forth below and the Court otherwise being duly advised in the premises:

NOW THEREFORE IT IS SO ORDERED that the complaint and any and all claims that could have been brought are dismissed with prejudice and without costs or attorney fees.  This Court, however, retains jurisdiction for purposes of enforcement of the parties' settlement agreement.

s/George Caram Steeh
U.S. District Judge

Dated:  April 5, 2017

I stipulate to the entry of the order set forth above:

LAW OFFICES OF OWEN DUNN, JR.     AKERMAN LLP

By: */s/ Owen B. Dunn, Jr.*          By: */s/ Jeffrey J. Mayer*
Owen B. Dunn, Jr. (P66315)           Jeffrey J. Mayer (P45587)
The Ottawa Hills Shopping Center     Akerman LLP
4334 West Central Avenue, Suite 222  71 S. Wacker Dr., Ste. 4600
Toledo, OH 43615                     Chicago, IL 60606
(419) 241-9661                       (312) 634-5700
dunnlawoffice@sbcglobal.net          Email: jeffrey.mayer@akerman.com
*Attorney for Plaintiff*             *Attorney for Defendant*


Valerie J. Fatica (0083812)*
The Ottawa Hills Shopping Center
4334 West Central Avenue, Suite 222
Toledo, OH 43615
(419) 241-9661
valierefatica@gmail.com
*\*admitted to E. District of Mi*
*Attorney for Plaintiff*

2